UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                          CASE NO. 8:08-cr-237-T-30EAJ

AMAURY SANTIAGO


**FINAL JUDGMENT OF FORFEITURE**

THIS CAUSE comes before the Court upon the filing of the Motion (Doc. 33) by the United States for a Final Judgment of Forfeiture pursuant to Fed. R. Crim. P. 32.2(c)(2), 21 U.S.C. §§ 853 and 853(n)(7), for $15,000.00 in United States currency.

1.  On November 13, 2008, defendant Amaury Santiago was sentenced, and the $15,000.00 in United States currency was found subject to forfeiture and was included in the Judgment. (Doc. 24).

2.  The only persons or entities known to have any potential interest in the $15,000.00 in United States currency is Carmen Martha Chavez. On November 10, 2009, the United States sent, via certified U.S. mail, two Notices of Forfeiture, Acknowledgments of Receipt of Notice of Forfeiture, and a copy of the Preliminary Order of Forfeiture to Carmen Martha Chavez at 2908 Xanthus Street, Tampa, Florida and 12407 Killian Street, Spring Hill, Florida regarding the government's intent to seek forfeiture of the currency.

3. On November 17, 2009, the United States received a signed Acknowledgment of Receipt of Notice of Forfeiture from Carmen Martha Chavez. To date, Carmen Martha Chavez has not filed a claim to the $15,000.00 in United States currency.

4. In accordance with the provisions of 21 U.S.C. § 853(n), the United States published notice of the forfeiture, and of its intent to dispose of the currency, on the official government website, www.forfeiture.gov, from November 11, 2009 through December 10, 2009. (Doc. 32). The publication gave notice to all third parties with a legal interest in the currency to file with the Office of the Clerk, United States District Court, Middle District of Florida, Sam Gibbons Federal Courthouse, 2nd Floor, 801 North Florida Avenue, Tampa, Florida 33602, a petition to adjudicate their interest within sixty (60) days of the first date of publication.

5. No persons or entities, other than the defendant Amaury Santiago, whose interest was forfeited to the United States pursuant to the Judgment (Doc. 24) and Carmen Martha Chavez, are known to have an interest in the $15,000.00 in United States currency. No third party has filed a petition, or claimed an interest in the currency, and the time for filing such petition has expired.

6. The Court finds that the $15,000.00 in United States currency is the property of defendant Amaury Santiago.

Accordingly, it is hereby

**ORDERED, ADJUDGED** and **DECREED** that the United States' motion (Doc. 33) is GRANTED. It is FURTHER **ORDERED** that all right, title and interest in the $15,000.00 in United States currency is CONDEMNED and FORFEITED to the United States of America, pursuant to the provisions of Fed. R. Crim. P. 32.2(c)(2), 21 U.S.C. §§ 853 and 853(n)(7), for disposition according to law.

Clear title to the currency is now vested in the United States of America.

**DONE** and **ORDERED** in Tampa, Florida on January 12, 2010.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2008\08-cr-237.forfeit fj 33.wpd